| | |
|---|---|
| Gregory L. Lippetz (State Bar No. 154228) <br> glippetz@jonesday.com <br> JONES DAY <br> 1755 Embarcadero Road <br> Palo Alto, CA 94303 <br> Telephone: 650-739-3939 <br> Facsimile: 650-739-3900 <br><br> Attorneys for Defendant <br> INTERNATIONAL BUSINESS MACHINES CORP. | David N. Kuhn - State Bar No. 73389 <br> Attorney-at-Law <br> 144 Hagar Avenue <br> Piedmont, CA 94611 <br> Telephone: (510)653-4983 <br> E-mail: dnkuhn@pacbell.net <br><br> Attorney for Plaintiff Gregory Bender <br><br> **E-FILED 12/28/2009** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gregory Bender, <br><br> Plaintiff, <br><br> v. <br><br> International Business Machines Corporation, <br><br> Defendant. | Case No. C 09-01249 RMW(RS) <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR IBM TO FILE ITS DISCOVERY MOTION RELATED TO BENDER'S AMENDED INFRINGEMENT CONTENTIONS** |

Plaintiff Gregory Bender ("Plaintiff") and Defendant International Business Machines Corporation ("Defendant"), through their respective counsel, hereby make the following stipulation with regards to Defendant's discovery motion related to Plaintiff's amended infringement contentions.

Due to the parties' and counsels' limited availability due to the upcoming holidays, the parties have agreed, and hereby request that the deadline for Defendant to file its discovery motion pursuant to the Court's Order of November 13, 2009 (D.I. 37) be extended until Wednesday, January 13, 2010. The parties further stipulate that the Court's order granting Defendant temporary relief from its discovery obligations shall remain in place until the dispute is resolved.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: December 28, 2009 | Jones Day |
| | By: /s/ Gregory Lippetz |
| | Greg L. Lippetz |
| | State Bar No. 154228 |
| | JONES DAY |
| | Silicon Valley Office |
| | 1755 Embarcadero Road |
| | Palo Alto, CA 94303 |
| | Telephone: 650-739-3939 |
| | Facsimile: 650-739-3900 |
| | Counsel for Defendant International Business Machines Corporation |

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

|   |   |
|---|---|
| Dated: December 28, 2009 | By: /s/ David Kuhn |
| | David N. Kuhn |
| | Attorney-at-Law |
| | 144 Hagar Avenue |
| | Piedmont, California 94611 |
| | Telephone: (510) 653-4983 |
| | Counsel for Plaintiff Gregory Bender |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: December 28, 2009     By: [signature]
                                 THE HON. RICHARD SEEBORG
                                 United States Magistrate Judge