| | |
|---|---|
| Greg L. Lippetz (State Bar No. 154228) | David N. Kuhn - State Bar No. 73389 |
| glippetz@jonesday.com | Attorney-at-Law |
| Cora L. Schmid (State Bar No. 237267) | 144 Hagar Avenue |
| cschmid@jonesday.com | Piedmont, CA 94611 |
| JONES DAY | Telephone: (510) 653-4983 |
| 1755 Embarcadero Road | E-mail: dnkuhn@pacbell.net |
| Palo Alto, CA 94303 | |
| Telephone: 650-739-3939 | Attorney for Plaintiff Gregory Bender |
| Facsimile: 650-739-3900 | |

Attorneys for Defendant
International Business Machines
Corporation

*E-FILED - 1/14/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gregory Bender, | Case No. C09-01249-RMW |
| Plaintiff, | **STIPULATION AND [] ORDER RESCHEDULING FURTHER CASE MANAGEMENT CONFERENCE** |
| v. | |
| International Business Machines Corporation, | |
| Defendant. | |

Pursuant to Civil L.R. 6-2, Defendant International Business Machines Corporation ("Defendant") and Plaintiff Gregory Bender ("Plaintiff") through their respective counsel, hereby jointly request that the Court change the time for the parties' Further Case Management Conference, currently scheduled on January 15, 2010, at 10:30 a.m., to February 26, 2010, at 10:30 a.m., or anytime thereafter.

WHEREAS, pursuant to the October 30, 209, Order After Hearing in this action (D.I. 35), a Further Case Management Conference in this action is scheduled for January 15, 2010, to work out a schedule for the case.

WHEREAS, the parties are currently attempting to resolve a dispute related to Plaintiff's amended infringement contentions, and this Court has ordered that Defendant file its discovery

1 | motion challenging Plaintiff's amended infringement contentions by January 13, 2010. (*See* D.I.
2 | 39.)

WHEREAS, the outcome of the parties' discovery dispute will impact the schedule for this case, which is to be discussed at the Further Case Management Conference.

WHEREAS, the parties believe that, in the interests of efficiency and of avoiding potentially unnecessary expenses, the Further Case Management Conference that is currently scheduled for January 15, 2010, should be continued until February 26, 2010.

WHEREAS, the following time modifications have previously occurred in this case:

- On October 29, 2009, the Court temporarily relieved Defendant of its obligations to produce technical information under the Federal Rules and its obligations to serve its Patent L.R. 3-3 and 3-4 disclosures. (D.I. 30.) The Court affirmatively left this stay in place on November 13, 2009. (D.I. 37.)
- On December 28, 2009, the Court extended the deadline for Defendant to file its discovery motion pursuant to the Court's Order of November 13, 2009, (D.I. 37) from December 28, 20009, until January 13, 2010. (D.I. 39.)

WHEREAS, the requested time modification would have no effect on the schedule for the case as no schedule has yet been entered in this case.

THE PARTIES HEREBY STIPULATE THAT:

1. The Further Case Management Conference that is currently scheduled for January 15, 2010, at 10:30 a.m., is continued to February 26, 2010, at 10:30 a.m.

Respectfully submitted,

Dated: January 8, 2010     Jones Day


By:    /s/ Gregory Lippetz
    Greg L. Lippetz
    State Bar No. 154228
    JONES DAY
    Silicon Valley Office
    1755 Embarcadero Road
    Palo Alto, CA 94303
    Telephone: 650-739-3939
    Facsimile: 650-739-3900

Counsel for Defendant International Business Machines Corporation


In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: January 8, 2010     By:    /s/ David Kuhn
    David N. Kuhn
    Attorney-at-Law
    144 Hagar Avenue
    Piedmont, California 94611
    Telephone: (510) 653-4983

Counsel for Plaintiff Gregory Bender


**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: __1/14/10_____,     By: /s/ Ronald M. Whyte
    THE HON. RONALD M. WHYTE
    United States District Court Judge