1   Greg L. Lippetz (State Bar No. 154228)          David N. Kuhn - State Bar No. 73389
    glippetz@jonesday.com                           Attorney-at-Law
2   Cora L. Schmid (State Bar No. 237267)           144 Hagar Avenue
    cschmid@jonesday.com                            Piedmont, CA  94611
3   JONES DAY                                       Telephone:  (510) 653-4983
    1755 Embarcadero Road                           E-mail:  dnkuhn@pacbell.net
4   Palo Alto, CA  94303
    Telephone:     650-739-3939                     Attorney for Plaintiff Gregory Bender
5   Facsimile:     650-739-3900

6   Attorneys for Defendant
    International Business Machines                        ***E-FILED - 1/14/10***
7   Corporation

8                        UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                             SAN JOSE DIVISION

11

12  Gregory Bender,                                 Case No. C09-01249-RMW

13              Plaintiff,                           **STIPULATION AND []
                                                     ORDER RESCHEDULING
14       v.                                          FURTHER CASE MANAGEMENT
                                                     CONFERENCE**
15  International Business Machines
    Corporation,
16
                Defendant.
17

18       Pursuant to Civil L.R. 6-2, Defendant International Business Machines Corporation

19  ("Defendant") and Plaintiff Gregory Bender ("Plaintiff") through their respective counsel, hereby

20  jointly request that the Court change the time for the parties' Further Case Management

21  Conference, currently scheduled on January 15, 2010, at 10:30 a.m., to February 26, 2010, at

22  10:30 a.m., or anytime thereafter.

23       WHEREAS, pursuant to the October 30, 209, Order After Hearing in this action (D.I. 35),

24  a Further Case Management Conference in this action is scheduled for January 15, 2010, to work

25  out a schedule for the case.

26       WHEREAS, the parties are currently attempting to resolve a dispute related to Plaintiff's

27  amended infringement contentions, and this Court has ordered that Defendant file its discovery

28

1  motion challenging Plaintiff's amended infringement contentions by January 13, 2010.  (*See* D.I.

2  39.)

3  WHEREAS, the outcome of the parties' discovery dispute will impact the schedule for

4  this case, which is to be discussed at the Further Case Management Conference.

5  WHEREAS, the parties believe that, in the interests of efficiency and of avoiding

6  potentially unnecessary expenses, the Further Case Management Conference that is currently

7  scheduled for January 15, 2010, should be continued until February 26, 2010.

8  WHEREAS, the following time modifications have previously occurred in this case:

9  • On October 29, 2009, the Court temporarily relieved Defendant of its obligations

10  to produce technical information under the Federal Rules and its obligations to

11  serve its Patent L.R. 3-3 and 3-4 disclosures.  (D.I. 30.)  The Court affirmatively

12  left this stay in place on November 13, 2009.  (D.I. 37.)

13  • On December 28, 2009, the Court extended the deadline for Defendant to file its

14  discovery motion pursuant to the Court's Order of November 13, 2009, (D.I. 37)

15  from December 28, 20009, until January 13, 2010.  (D.I. 39.)

16  WHEREAS, the requested time modification would have no effect on the schedule for the

17  case as no schedule has yet been entered in this case.

18

19  THE PARTIES HEREBY STIPULATE THAT:

20  1.  The Further Case Management Conference that is currently scheduled for January 15,

21  2010, at 10:30 a.m., is continued to February 26, 2010, at 10:30 a.m.

22

23

24

25

26

27

28

STIPULATION AND [ ORDER
RESCHEDULING FURTHER CMC
CASE NO. 09-cv-01249-RMW

1

2

Respectfully submitted,

3      Dated:  January 8, 2010                    Jones Day

4

5                                                 By:      /s/ Gregory Lippetz

6                                                     Greg L. Lippetz
                                                     State Bar No. 154228
                                                     JONES DAY
7                                                    Silicon Valley Office
                                                     1755 Embarcadero Road
8                                                    Palo Alto, CA  94303
                                                     Telephone:      650-739-3939
9                                                    Facsimile:      650-739-3900

10                                               Counsel for Defendant International Business
                                                 Machines Corporation
11

12

13          In accordance with General Order No. 45, Section X(B), the above signatory attests that

14     concurrence in the filing of this document has been obtained from the signatory below.

15     Dated:  January 8, 2010                    By:      /s/ David Kuhn

16                                                    David N. Kuhn
                                                     Attorney-at-Law
17                                                   144 Hagar Avenue
                                                     Piedmont, California 94611
                                                     Telephone: (510) 653-4983
18
                                                 Counsel for Plaintiff Gregory Bender
19

20

21     **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

22

23

24     DATED:  __ 1/14/10 _____,              By: _Ronald M. Whyte_____

25                                                THE HON. RONALD M. WHYTE
                                                 United States District Court Judge

26

27

28

                                                        STIPULATION AND  ORDER
                                        -3-             RESCHEDULING FURTHER CMC
                                                        CASE NO. 09-cv-01249-RMW