| | |
|---|---|
| Gregory L. Lippetz (State Bar No. 154228)<br>glippetz@jonesday.com<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone:   650-739-3939<br>Facsimile:   650-739-3900<br><br>Attorneys for Defendant<br>INTERNATIONAL BUSINESS<br>MACHINES CORP. | David N. Kuhn - State Bar No. 73389<br>Attorney-at-Law<br>144 Hagar Avenue<br>Piedmont, CA 94611<br>Telephone:  (510)653-4983<br>E-mail:  dnkuhn@pacbell.net<br><br>Attorney for Plaintiff Gregory Bender |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gregory Bender,<br><br>                    Plaintiff,<br><br>         v.<br><br>International Business Machines Corporation,<br><br>                    Defendant. | Case No. C 09-01249 RMW (PVT)<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR IBM TO FILE ITS DISCOVERY MOTION RELATED TO BENDER'S AMENDED INFRINGEMENT CONTENTIONS** |

Plaintiff Gregory Bender ("Plaintiff") and Defendant International Business Machines Corporation ("Defendant"), through their respective counsel, hereby make the following stipulation with regards to Defendant's discovery motion related to Plaintiff's amended infringement contentions.

Due to counsels' limited availability to meet and confer as required by the Court, the parties have agreed, and hereby request that the deadline for Defendant to file its discovery motion pursuant to the Court's Order of December 28, 2009 (D.I. 39) be extended until Wednesday, January 27, 2010.  The parties further stipulate that the Court's order granting Defendant temporary relief from its discovery obligations shall remain in place until the dispute is resolved.

Respectfully submitted,

Dated: January 12, 2010                     Jones Day


                                            By:     /s/ Gregory Lippetz
                                                Greg L. Lippetz
                                                State Bar No. 154228
                                                JONES DAY
                                                Silicon Valley Office
                                                1755 Embarcadero Road
                                                Palo Alto, CA 94303
                                                Telephone:     650-739-3939
                                                Facsimile: 650-739-3900

                                            Counsel for Defendant International Business
                                            Machines Corporation


In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: January 12, 2010                     By:      /s/ David Kuhn
                                                David N. Kuhn
                                                Attorney-at-Law
                                                144 Hagar Avenue
                                                Piedmont, California 94611
                                                Telephone: (510) 653-4983

                                            Counsel for Plaintiff Gregory Bender


**PURSUANT TO STIPULATION, IT IS SO ORDERED:**


DATED: _____1/14_____, 2010                 By: *[signature]*
                                                PATRICIA V. TRUMBULL
                                                United States Magistrate Judge