| | | |
|---|---|---|
| 1 | Gregory L. Lippetz (State Bar No. 154228) | David N. Kuhn - State Bar No. 73389 |
| 2 | glippetz@jonesday.com<br>JONES DAY | Attorney-at-Law<br>144 Hagar Avenue |
| 3 | 1755 Embarcadero Road<br>Palo Alto, CA 94303 | Piedmont, CA 94611<br>Telephone:  (510)653-4983 |
| 4 | Telephone:     650-739-3939<br>Facsimile:     650-739-3900 | E-mail:  dnkuhn@pacbell.net |
| 5 | Attorneys for Defendant | Attorney for Plaintiff Gregory Bender |
| 6 | INTERNATIONAL BUSINESS<br>MACHINES CORP. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gregory Bender, | Case No. C 09-01249 RMW (PVT) |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING DEADLINE FOR IBM TO FILE ITS DISCOVERY MOTION RELATED TO BENDER'S AMENDED INFRINGEMENT CONTENTIONS** |
| v. | |
| International Business Machines Corporation, | |
| Defendant. | |

Plaintiff Gregory Bender ("Plaintiff") and Defendant International Business Machines Corporation ("Defendant"), through their respective counsel, hereby make the following stipulation with regards to Defendant's discovery motion related to Plaintiff's amended infringement contentions.

Due to counsels' limited availability to meet and confer as required by the Court, the parties have agreed, and hereby request that the deadline for Defendant to file its discovery motion pursuant to the Court's Order of December 28, 2009 (D.I. 39) be extended until Wednesday, January 27, 2010.  The parties further stipulate that the Court's order granting Defendant temporary relief from its discovery obligations shall remain in place until the dispute is resolved.

Respectfully submitted,

Dated: January 12, 2010

Jones Day

By:   /s/ Gregory Lippetz
Greg L. Lippetz
State Bar No. 154228
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:       650-739-3939
Facsimile: 650-739-3900

Counsel for Defendant International Business Machines Corporation

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: January 12, 2010

By:      /s/ David Kuhn
David N. Kuhn
Attorney-at-Law
144 Hagar Avenue
Piedmont, California 94611
Telephone: (510) 653-4983

Counsel for Plaintiff Gregory Bender

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED:  _____1/14_____, 2010

By: *[signature]*
PATRICIA V. TRUMBULL
United States Magistrate Judge

STIPULATION EXTENDING FILING DEADLINE FOR DEFENDANT'S DISCOVERY MOTION
CASE NO. C 09-01249 RMW(PVT)