1  Gregory L. Lippetz (State Bar No. 154228)     David N. Kuhn - State Bar No. 73389
   glippetz@jonesday.com                         Attorney-at-Law
2  JONES DAY                                     144 Hagar Avenue
   1755 Embarcadero Road                         Piedmont, CA 94611
3  Palo Alto, CA 94303                           Telephone:  (510)653-4983
   Telephone:     650-739-3939                   E-mail:  dnkuhn@pacbell.net
4  Facsimile:     650-739-3900

5  Attorneys for Defendant                       Attorney for Plaintiff Gregory Bender
   International Business Machines Corporation
6

7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

12

13  Gregory Bender,                              Case No. C 09-01249 RMW (PVT)

14              Plaintiff,                        **STIPULATION AND ORDER
                                                 EXTENDING DEADLINE FOR
15         v.                                    IBM TO FILE ITS DISCOVERY
                                                 MOTION RELATED TO BENDER'S
16  International Business Machines Corporation,  AMENDED INFRINGEMENT
                                                 CONTENTIONS**
17              Defendant.

18

19         Pursuant to Civil L.R. 6-2, Defendant International Business Machines Corporation

20  ("Defendant") and Plaintiff Gregory Bender ("Plaintiff") through their respective counsel, hereby

21  jointly request that the Court change the deadline for Defendant to file its discovery motion

22  challenging Bender's revised infringement contentions, currently scheduled for Wednesday,

23  January 27, 2010, to Tuesday, February 2, 2010.

24         WHEREAS, pursuant to the November 13, 2009, Order Granting in Part Defendant's

25  Motion to Compel, this Court ordered Plaintiff to submit revised infringement contentions no

26  later than 30 days from the entry of the order and permitted Defendant 14 days from the date the

27  revised infringement contentions were served to file a new motion challenging the infringement

28  contentions.  (*See* D.I. 37.)

1    WHEREAS, on stipulated requests from the parties, the Court extended the deadline for

2 Defendant to file its discovery motion twice, resulting in a deadline of Wednesday, January 27,

3 2010.  (*See* D.I. 39 and D.I. 44.)

4    WHEREAS, after the second stipulated request extending the deadline for the discovery

5 motion was filed on January 12, 2010, the referral of all discovery matters in this case to Judge

6 Richard Seeborg was withdrawn and discovery matters were instead referred to Magistrate Judge

7 Patricia Trumbull on January 14, 2010.  (*Compare* D.I. 41 with D.I. 42.)

8    WHEREAS, Magistrate Judge Trumbull holds civil law and motion hearings on Tuesdays,

9 unlike Judge Seeborg, who holds civil law and motion hearings on Wednesdays.

10    WHEREAS, the parties believe that in the interests of efficiency, the deadline for

11 Defendant to file its discovery motion challenging Bender's revised infringement contentions

12 should be moved from Wednesday, January 27, 2010, to Tuesday, February 2, 2010.

13    WHEREAS, the following time modifications have previously occurred in this case:

14    • On October 29, 2009, the Court temporarily relieved Defendant of its obligations

15      to produce technical information under the Federal Rules and its obligations to

16      serve its Patent L.R. 3-3 and 3-4 disclosures pending the outcome of a further

17      discovery motion by Defendant of Plaintiff's revised infringement contentions.

18      (D.I. 30.)  The Court has affirmatively left this stay in place since that time.  (*See*

19      D.I. 37, D.I. 39, and 44.)

20    • On stipulated requests from the parties, the Court extended the deadline for

21      Defendant to file its discovery motion pursuant to the Court's Order of November

22      13, 2009 twice, resulting in a deadline of Wednesday, January 27, 2010.  (*See* D.I.

23      39 and D.I. 44.)

24    • On January 14, 2010, on stipulated request from the parties, the Court rescheduled

25      the parties' Further Case Management from January 15, 2010 to February 26, 2010.

26      (*See* D.I. 43.)

27    WHEREAS, the requested time modification would have no effect on the schedule for the

28 case or for the remainder of the briefing for the discovery because under Civil L.R. 7-2, the

1   change would not impact the noticed hearing date for the discovery motion.

2

3   THE PARTIES HEREBY STIPULATE THAT:

4       1.   The deadline for Defendant to file its discovery motion challenging Bender's revised

5   infringement contentions, currently scheduled for Wednesday, January 27, 2010, shall be moved

6   to Tuesday, February 2, 2010.

7       2.   The parties further stipulate that the Court's order granting Defendant temporary relief

8   from its discovery obligations shall remain in place until the dispute is resolved.

9                                   Respectfully submitted,

10  Dated:  January 26, 2010            Jones Day

11

12                                  By:    /s/ Gregory Lippetz
                                        Greg L. Lippetz
13                                      State Bar No. 154228
                                        JONES DAY
14                                      Silicon Valley Office
                                        1755 Embarcadero Road
15                                      Palo Alto, CA  94303
                                        Telephone:     650-739-3939
16                                      Facsimile: 650-739-3900

17                                  Counsel for Defendant International Business
                                    Machines Corporation
18

19      **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

20

21      DATED:  2/2/10

22                                  By: _Patricia V. Trumbull_____

23                                      THE HON. PATRICIA TRUMBULL

24                                      United States Magistrate Judge

25

26

27

28

                                                STIPULATION AND [PROPOSED] ORDER EXTENDING
                                                FILING DEADLINE FOR IBM'S DISCOVERY MOTION
                                                CASE NO. C 09-01249 RMW (PVT)
                            - 2 -