UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 3/9/10

Court Reporter: Gina Colin (10:00 - 10:40)    Clerk: Corinne Lew

Case No: C 09-1249 RMW    Case Title: Bender v. International Business Machines

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| David Kuhn | Gregory Lippetz |
|  |  |

## PROCEEDINGS

Pretrial Conferences:
- [ ] Initial      [ ] Status       [ ] Discovery
- [ ] Settlement   [ ] Final
- [ ] Other        **[X] Motion**

| Pltf. | Deft. | **MOTIONS** |
|---|---|---|
| [ ] | [ ] | 1. **Motion to Strike or, in the alternative, compel infringement contentions** |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted            **[ X ] Submitted**         [ ] Settled

[ ] Denied             [ ] Briefs to be filed      [ ] Not Settled

[ ] Granted in part, denied in part                [ ] Off Calendar

[ ]

## ORDER TO BE PREPARED BY

[ ] Plaintiff    [ ] Defendant    **[X] Court**    [ ] Court w/opinion