| | |
|---|---|
| Greg L. Lippetz (State Bar No. 154228)<br>glippetz@jonesday.com<br>Cora L. Schmid (State Bar No. 237267)<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: 650-739-3939<br>Facsimile: 650-739-3900<br><br>Attorneys for Defendant<br>International Business Machines Corporation | David N. Kuhn (State Bar No. 73389)<br>Attorney-at-Law<br>144 Hagar Avenue<br>Piedmont, CA 94611<br>Telephone: (510) 653-4983<br>E-mail: dnkuhn@pacbell.net<br><br>Attorney for Plaintiff Gregory Bender<br><br>*E-FILED - 5/6/10* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gregory Bender,<br><br>        Plaintiff,<br><br>    v.<br><br>International Business Machines Corporation,<br><br>        Defendant. | **Case No. C 09-01249 RMW (PVT)**<br><br>**STIPULATION AND []<br>ORDER REGARDING SELECTED<br>ADR PROCESS** |

Plaintiff Gregory Bender ("Plaintiff") and Defendant International Business Machines Corporation ("Defendant"), through their respective counsel, hereby make the following stipulation:

WHEREAS, on August 17, 2009, the parties filed a Stipulation and Proposed Order Selecting ADR Process, which selected Court Mediation Process under ADR L.R. 6. (D.I. 14).

WHEREAS, on September 3, 2009, the Court granted the proposed order and referred the parties to Court Mediation Process. (D.I. 16).

WHEREAS, the parties now wish to change the designated ADR process to private mediation.

THE PARTIES HEREBY STIPULATE THAT:

    (1) This case will be removed from the Court Mediation Process.

(2) The parties instead stipulate to private mediation with mediator Randall Wulff of Wulff, Quinby & Sochynsky, or, if Mr. Wulff is unavailable and both parties agree on a different mediator, with a different mediator.

(3) The private mediation will be completed by 90 days following the issuance of the claim construction order in this action.

Respectfully submitted,

Dated: April 2, 2010          Jones Day

By:  /s/ Gregory Lippetz
Greg L. Lippetz
State Bar No. 154228
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:   650-739-3939
Facsimile: 650-739-3900

Counsel for Defendant International Business Machines Corporation

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: April 2, 2010          By:  /s/ David Kuhn
David N. Kuhn
Attorney-at-Law
144 Hagar Avenue
Piedmont, California 94611
Telephone: (510) 653-4983

Counsel for Plaintiff Gregory Bender

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: 5/6, 2010          By: /s/ Ronald M. Whyte
THE HON. RONALD M. WHYTE
United States District Court Judge

SVI-79175v1

-2-   STIPULATION AND [] ORDER REGARDING SELECTED ADR PROCESS
CASE NO. C 09-01249 RMW (PVT)