| | |
|---|---|
| Greg L. Lippetz (State Bar No. 154228)<br>glippetz@jonesday.com<br>Cora L. Schmid (State Bar No. 237267)<br>cschmid@jonesday.com<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone:   650-739-3939<br>Facsimile:    650-739-3900<br><br>Attorneys for Defendant<br>International Business Machines<br>Corporation | David N. Kuhn - State Bar No. 73389<br>Attorney-at-Law<br>144 Hagar Avenue<br>Piedmont, CA 94611<br>Telephone:  (510) 653-4983<br>E-mail:  dnkuhn@pacbell.net<br><br>Attorney for Plaintiff Gregory Bender<br><br>*E-FILED - 7/29/10* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gregory Bender,<br><br>                    Plaintiff,<br><br>       v.<br><br>International Business Machines<br>Corporation,<br><br>                    Defendant. | Case No. C09-01249-RMW<br><br>**STIPULATED REQUEST AND<br>[] ORDER TO<br>RESCHEDULE FURTHER CASE<br>MANAGEMENT CONFERENCE** |

Pursuant to Civil L.R. 6-2, Defendant International Business Machines Corporation ("Defendant") and Plaintiff Gregory Bender ("Plaintiff") through their respective counsel, hereby jointly request that the Court change the time for the parties' Further Case Management Conference, currently scheduled on July 30, 2010, at 10:30 a.m., to September 3, 2010, at 10:30 a.m., or anytime thereafter.

WHEREAS, pursuant to the June 2, 2010 Clerk's Notice of Continuance of Case Management Conference, (D.I. 70), a Further Case Management Conference in this action is scheduled for July 30, 2010 at 10:30 a.m. in the San Jose Division.

WHEREAS, a hearing on a motion in one of plaintiff's parallel cases in this district, *Bender v. Maxim Integrated Products, Inc.*, 3:09-cv-01152-SI, is scheduled on the same day as

1   the Further Case Management Conference, July 30, 2010, at 9:00 a.m. in the San Francisco
2   Division.
3        WHEREAS, plaintiff's counsel is a sole practitioner, who may be unable to attend
4   hearings in both the San Jose and San Francisco division in the same morning.
5        WHEREAS, the requested time modification would have no effect on the schedule for the
6   case as no schedule has yet been entered in this case.
7
8   THE PARTIES HEREBY JOINTLY REQUEST THAT:
9       1.   The Further Case Management Conference that is currently scheduled on July 30,
10  2010, at 10:30 a.m., be rescheduled for September 3, 2010, at 10:30 a.m., or anytime thereafter.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: July 23, 2010 | Jones Day |
|   | By:   /s/ Gregory Lippetz<br>Greg L. Lippetz<br>State Bar No. 154228<br>JONES DAY<br>Silicon Valley Office<br>1755 Embarcadero Road<br>Palo Alto, CA  94303<br>Telephone:     650-739-3939<br>Facsimile:      650-739-3900 |
|   | Counsel for Defendant International Business Machines Corporation |

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

|   |   |
|---|---|
| Dated: July 23, 2010 | By:   /s/ David Kuhn<br>David N. Kuhn<br>Attorney-at-Law<br>144 Hagar Avenue<br>Piedmont, California 94611<br>Telephone: (510) 653-4983 |
|   | Counsel for Plaintiff Gregory Bender |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated:  7/29        , 2010        By:  *Ronald M. Whyte*
                                       THE HON. RONALD M. WHYTE
                                       United States District Court Judge