| | |
|---|---|
| Greg L. Lippetz (State Bar No. 154228)<br>glippetz@jonesday.com<br>Cora L. Schmid (State Bar No. 237267)<br>cschmid@jonesday.com<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA  94303<br>Telephone:     650-739-3939<br>Facsimile:      650-739-3900<br><br>Attorneys for Defendant<br>International Business Machines Corporation | David N. Kuhn - State Bar No. 73389<br>Attorney-at-Law<br>144 Hagar Avenue<br>Piedmont, CA  94611<br>Telephone:  (510) 653-4983<br>E-mail:  dnkuhn@pacbell.net<br><br>Attorney for Plaintiff Gregory Bender<br><br>*E-FILED - 9/2/10* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gregory Bender,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>International Business Machines Corporation,<br><br>　　　　　　Defendant. | Case No. C09-01249-RMW<br><br>**STIPULATED REQUEST AND [] ORDER TO RESCHEDULE FURTHER CASE MANAGEMENT CONFERENCE** |

WHEREAS, a Case Management Conference is currently set for September 3, 2010, at 10:30 A.M.

WHEREAS, the parties have reached a tentative settlement agreement.

WHEREAS, the parties need additional time to finalize their settlement agreement and file the requisite documents with the Court.

THE PARTIES HEREBY SUBMIT THIS STIPULATED REQUEST THAT the Court reschedule the Further Case Management Conference currently scheduled for September 3, 2010, to November 5, 2010, at 10:30, or any time thereafter, to allow the parties time to finalize their settlement agreement and file the requisite documents with the Court.

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated: August 26, 2010 | Jones Day |
| 4 |  | By:   /s/ Gregory Lippetz |
| 5 |  | Greg L. Lippetz<br>State Bar No. 154228 |
| 6 |  | JONES DAY<br>Silicon Valley Office |
| 7 |  | 1755 Embarcadero Road<br>Palo Alto, CA  94303 |
| 8 |  | Telephone:  650-739-3939<br>Facsimile:  650-739-3900 |
| 9 |  | Counsel for Defendant International Business Machines Corporation |

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: August 26, 2010                         By:   /s/ David Kuhn
                                                David N. Kuhn
                                                Attorney-at-Law
                                                144 Hagar Avenue
                                                Piedmont, California 94611
                                                Telephone:  (510) 653-4983

                                                Counsel for Plaintiff Gregory Bender

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED:  9/2          , 2010          By:  *Ronald M. Whyte*
                                                THE HON. RONALD M. WHYTE
                                                United States District Court Judge

SVI-84239v1

-2-
STIPULATED REQUEST AND []
ORDER TO RESCHEDULE FURTHER CMC
CASE NO. 09-cv-01249-RMW