| | |
|---|---|
| Greg L. Lippetz (State Bar No. 154228)<br>glippetz@jonesday.com<br>Cora L. Schmid (State Bar No. 237267)<br>cschmid@jonesday.com<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: 650-739-3939<br>Facsimile: 650-739-3900<br><br>Attorneys for Defendant and<br>Counter-Claimant International<br>Business Machines Corporation | David N. Kuhn - State Bar No. 73389<br>Attorney-at-Law<br>144 Hagar Avenue<br>Piedmont, CA 94611<br>Telephone: (510) 653-4983<br>E-mail: dnkuhn@pacbell.net<br><br>Attorney for Plaintiff and Counter-Defendant<br>Gregory Bender<br><br>*E-FILED - 10/5/10* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gregory Bender,<br><br>       Plaintiff and Counter-Defendant,<br><br>       v.<br><br>International Business Machines Corporation,<br><br>       Defendant and Counter-Claimant. | Case No. C09-01249-RMW<br><br>**STIPULATION AND []<br>ORDER OF DISMISSAL OF<br>CLAIMS AND COUNTERCLAIMS<br>WITH PREJUDICE** |

Plaintiff and Counter-Defendant Gregory Bender and Defendant and Counter-Claimant International Business Machines Corporation inform the court that they have reached agreement on the terms of dismissal of the claims and counterclaims in the above-entitled action and hereby submit this Stipulation of Dismissal.

Pursuant to Rule 41(a)(2) and (c) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismiss WITH PREJUDICE all claims and counterclaims in this action asserted by the parties, with each party to bear its own costs, expenses, and attorney's fees.

SO STIPULATED.

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated: September 27, 2010 | Jones Day |
| 4 |  | By:   /s/ Gregory Lippetz |
|   |  | Greg L. Lippetz |
|   |  | State Bar No. 154228 |
|   |  | JONES DAY |
|   |  | Silicon Valley Office |
|   |  | 1755 Embarcadero Road |
|   |  | Palo Alto, CA 94303 |
|   |  | Telephone: 650-739-3939 |
|   |  | Facsimile: 650-739-3900 |
|   |  | Counsel for Defendant and Counter-Claimant International Business Machines Corporation |

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: September 27, 2010        By:   /s/ David Kuhn
                                  David N. Kuhn
                                  Attorney-at-Law
                                  144 Hagar Avenue
                                  Piedmont, California 94611
                                  Telephone: (510) 653-4983

Counsel for Plaintiff and Counter-Defendant
Gregory Bender

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED:  10/5       , 2010        By:   /s/ Ronald M. Whyte
                                  THE HON. RONALD M. WHYTE
                                  United States District Court Judge

SVI-85027v1

-2-

STIPULATION AND [] ORDER
OF DISMISSAL WITH PREJUDICE
CASE NO. 09-cv-01249-RMW